AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Kurt Peterson<br><br>*Defendant* | )<br>) Case: 1:21-mj-00473<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 6/14/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kurt Peterson                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) and 2 (Obstructing an Official Proceeding and Aiding and Abetting);
18 U.S.C. § 1361 (Destruction of Government Property);
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(F) (Engaging in Physical Violence in the Ground or Capitol Building);
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building)

Date:     06/14/2021

Digitally signed by G. Michael Harvey
Date: 2021.06.14 11:23:58 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/14/21, and the person was arrested on *(date)* 6/16/21
at *(city and state)* Hodgenville, KY.

Date: 6/16/21

Zachary D Harrison
*Arresting officer's signature*

Zachary D Harrison     Special Agent
*Printed name and title*