

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

June 25, 2021

VIA EMAIL AND USAFX

Laura Wyrosdick
Federal Defender Program
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202
Laura_Wyrosdick@fd.org

    Re:    *United States v. Kurt Peterson.*
                Case No. 21-cr-427

Dear Ms. Wyrosdick:

    Today I have made available to you preliminary discovery via the USAfx portal in a folder named "U.S. v. Kurt Peterson, 21-cr-427."  Within that folder is a subfolder named "2021-06-25 Production" that contains the following materials:

- File folder named "302s" that includes 2 files:

| File Name | Description |
| --- | --- |
| 266O-LS-3374791_0000002_Redacted.pdf | FD-302 - Interview of [Redacted] |
| 266O-LS-3374791_0000024.pdf | FD-302 - Arrest of Peterson |

- File folder named "Facebook Return" that contains 1 zip file containing one pdf file:

| File Name | Description |
| --- | --- |
| PetersonFBreturn.7z (containing PetersonFBreturn.pdf) | Facebook Search Warrant Return |

- File folder named "Open Source Videos" that contains 2 subfolders. The first subfolder, "Youtube et al. Open-Source Videos" contains 6 files, and the second subfolder, "Additional Open-Source Videos" contains 11 files:

| Subfolder 1: "Youtube et al. Open-Source Videos" | Description |
|---|---|
| 1 youtube DHessyWYXqM.wmv<br>1-Clip 00.24.37 to 00.24.59.wmv<br>2 youtube PfiS8MsfSF4&t=2320s.wmv<br>3 youtube P34tO5eaLhg&t=4577s.wmv<br>4 ugetube nemos-news-network-exclusive-storming-dc-capitol-jan-6-2021_A2GlLld8lraEst4.html.wmv<br>5 youtube hvSyF9DVKK4&t=45s.wmv | Open Source Videos of Events of January 6, 2021 |

| Subfolder 2: "Additional Open-Source Videos" | Description |
|---|---|
| banned-video -- TheResistance.video long.mp4<br>FNTV .mp4<br>Insurgence USA long -- Full Video Trump Supporters Storming The Capitol.mpv<br>JaydenX -- Footage After the Shooting of Ashli Babbitt.mp4<br>JaydenX long--Shooting and Storming Of The US Capitol In Washington DC.mp4<br>LiveLeak.mp4<br>minuta dogman outside from youtube.com watch v=oy6Wyeqvsx0.mp4<br>National File -- BREAKING Woman shot DEAD by Capitol Police inside the Capitol Building.mp4<br>RMG News long -- Inside the 2021 Storming of the US Capitol.mp4<br>RoutzJamaica -- woman shot in DC Capitol Building D1es.mp4 | Open Source Videos of Events of January 6, 2021 |

| | |
|---|---|
| Washington Post video from shooting story 1-8-2021.mp4 | |

- File folder named "Screen Shots" that contains 9 files:

| File Name | Description |
|---|---|
| Screen shot 1.png | Screen shot of window damage |
| Screen shot 2.png | Screen shot of window damage |
| Screen shot 3.png | Screen shot of window damage |
| Screen shot 4.png | Screen shot of window damage |
| Screen shot 5.png | BWC screen shot in Capitol building |
| Screen shot 6.png | BWC screen shot in Capitol building |
| Screen shot 7.png | BWC screen shot in Capitol building |
| Screen shot 8.png | BWC screen shot in Capitol building |
| Screen shot 9.png | CCTV screen shot of building exit |

- File folder named "Additional Files" that contains 3 files:

| File Name | Description |
|---|---|
| Peterson Custodial Interview (1).WAV[1] | Recorded Interview of Kurt Peterson |
| Email 1.pdf | Email from Case Agent |
| Email 2.pdf | Email from Case Agent |

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes

---

[1] This file appears to run best when played with Windows Media Player

3

to light.  Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

      I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries.  I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial.  *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975).  I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

      Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules.  Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

      I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

      Sincerely,

      */s/ Alison B. Prout*
      Alison B. Prout
      Assistant United States Attorney