

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 12, 2021

VIA EMAIL AND USAFX

Laura Wyrosdick
Federal Defender Program
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202
Laura_Wyrosdick@fd.org


    Re:    *United States v. Kurt Peterson.*
               Case No. 21-cr-427

Dear Ms. Wyrosdick:

    Today I have made available to you additional preliminary discovery via the USAfx portal in a folder named "U.S. v. Kurt Peterson, 21-cr-427."  Within that folder is a subfolder named "2021-07-12 Production" that contains the following materials:

- A file folder named "Facebook SW" that includes 2 files:

| File Name | Description |
|---|---|
| signed-21sc268 Search Warrant_.pdf | Facebook Search Warrant documents |
| signed-21sc268 Order to Seal,pdf | |

- A file folder named "Premises SW" that contains 8 files:

| File Name | Description |
|---|---|
| 321mj321-Affidavit.pdf | Premises Search Warrant documents |
| 321mj321-Application.pdf | |
| 321mj321-Motion-Disclose.pdf | |
| 321mj321-Motion-Seal1.pdf | |
| 321mj321-Motion-Seal2.pdf | |
| 321mj321-Return.pdf | |
| 321mj321-Warrant.pdf | |
| Inventory.pdf | |

- A file folder "BWC" that contains 17 video files:

| File Name | Description |
|---|---|
| Almanzar at 8.30_20210106_FELONY_RIOT_100_FIRST_ST_SE.mp4 | Body Worn Camera videos |
| Bailey at 2.26_20210106_RIOT_Capitol_BUILDING.mp4 | |
| Byron Jenkins.mp4 | |
| Byron Jenkins excerpt.mp4 | |
| Coletti at 8.38_20210106_FELONY_RIOTING_CAPITOL_GROUNDS.mp4 | |
| Coley Body Cam.png | |
| Done at 8.32_20210106_FIRST_ASSEMBLY_DEMONSTRATION_1_FIRST_ST_SE.mp4 | |
| Fellin at 8.13_20210106-FELONY_RIOTING-FIRST_ST_SE.mp4 | |
| Israel at 8.30_20210106_FIRST_ASSEMBLY_DEMONSTRATION_1_FIRST_ST_SE.mp4 | |
| Jeffrey Smith.mp4 | |
| Kwaku Agyeman.mp4 | |
| Kwaku Agyeman excerpt.mp4 | |
| Lowery at 6.48_20210106_FIRST_AMENDMENT_ASSEMBLY_1ST_ST_SE.mp4 | |
| Mancuso at 8.36_20210106-felony_Rioting-us_Capital_Building.mp4 | |
| Mumtaz at 8.34_20210106-FELONY_RIOTS-100_FIRST_ST_SE.mp4 | |
| Neuhaus.mp4 | |
| Vasquez Gutierrez at 8.34_2021-01-06-FIRST_AMENDMENT_ASSEMBLY_Capitol_BUILDING.mp4 | |

- A file folder named "Serials" that contains 51 files:

| File Name | Description |
|---|---|
| 266O-LS-3374791_0000001.pdf | OPENING EC - Full Investigation |
| 266O-LS-3374791_0000003.pdf | FD-930 Kurt Ernest Peterson |
| 266O-LS-3374791_0000003_Import.txt | TSS_FD930_270190_50.txt |
| 266O-LS-3374791_0000004_Redacted.pdf | TTK Review Public Tip submitted through http://www.fbi.gov/USCapitol |
| 266O-LS-3374791_0000005_Redacted.pdf | Kurt Peterson - Alleged Entry to US Capital on 1/6/2021 |
| 266O-LS-3374791_0000005_Import_Redacted.pdf | 703219_LS.pdf |
| 266O-LS-3374791_0000005_1A0000001_0000001.pdf | PETERSON,_KURT_DL_703219_LS_1610555641401.pdf |
| 266O-LS-3374791_0000005_1A0000001_0000002.pdf | Peterson_CCDW_703219_LS_1610556399443.pdf |
| 266O-LS-3374791_0000005_1A0000001_0000003.pdf | PETERSON_KURT_photo_703219_LS_1610556468730.pdf |
| 266O-LS-3374791_0000006_Redacted.pdf | Emailed Information |
| 266O-LS-3374791_0000006_Import_Redacted.pdf | EXTERNAL EMAIL - Capitol.msg |
| 266O-LS-3374791_0000007.pdf | Search Warrant Facebook |
| 266O-LS-3374791_0000007_Import.pdf | signed-21sc268_Search_Warrant_.pdf |
| 266O-LS-3374791_0000007_1A0000001_0000001.pdf | signed-21sc268_Order_to_Sealpdf.pdf |
| 266O-LS-3374791_0000021.pdf | FBI WFO anonymous tip |
| 266O-LS-3374791_0000021_1A0009517_0000001.pdf | Letter & Envelope 1.pdf |
| 266O-LS-3374791_0000008.pdf | Facebook Search Warrant Return |
| 266O-LS-3374791_0000008_1A0000002_0000001_PHYSICAL.pdf | Physical 1A |
| 266O-LS-3374791_0000009.pdf | OpWAN Results for 4135301672 |
| 266O-LS-3374791_0000009_1A0000003_0000001.docx | 01FEB2021 Results.docx |
| 266O-LS-3374791_0000013.pdf | Kurt Peterson |
| 266O-LS-3374791_0000013_Import.rtf | KurtPete.rtf |
| 266O-LS-3374791_0000014.pdf | PETERSON - potential destruction of property |
| 266O-LS-3374791_0000014_Import.rtf | PETERSON.rtf |
| 266O-LS-3374791_0000015.pdf | Cost of Window Repair Estimate |
| 266O-LS-3374791_0000016.pdf | Videos of Interest |

3

| | |
|---|---|
| 266O-LS-3374791_0000017.pdf | Results Face and Name Search |
| 266O-LS-3374791_0000018.pdf | Approved Operations Plan |
| 266O-LS-3374791_0000019.pdf | Search Warrant |
| 266O-LS-3374791_0000019_Import.zip (a zip file with 4 files) | House search warrant.zip |
| 266O-LS-3374791_0000020.pdf | RE: Kurt Peterson |
| 266O-LS-3374791_0000020_Import_Redacted.pdf | REKurtPe.rtf |
| 266O-LS-3374791_0000022.pdf | RECORDED INTERVIEW |
| 266O-LS-3374791_0000023.pdf | Search Warrant Executed at 1402 Campbellsville Road |
| 266O-LS-3374791_0000024.pdf | Arrest of Kurt Peterson |
| 266O-LS-3374791_0000024_1A0000007_0000001.pdf | Arrest warrant Return.pdf |
| 266O-LS-3374791_0000025.pdf | FD- 302 - Search Warrant 1402 Campbellsville Road |
| 266O-LS-3374791_0000025_1A0000008_0000001.pdf | Receipt for Property |
| 266O-LS-3374791_0000025_1A0000009_0000001_PHYSICAL.pdf | CD |
| 266O-LS-3374791_0000025_1A0000008_0000002.pdf | Consent to Search |
| 266O-LS-3374791_0000026.pdf | Arrest Warrant Peterson |
| 266O-LS-3374791_0000026_Import.pdf | Arrest Warrant |
| 266O-LS-3374791_0000027.pdf | RE: PETERSON - potential destruction of property |
| 266O-LS-3374791_0000027_Import.rtf | Email |
| 266O-LS-3374791_0000028.pdf | CHS reporting on BOLO 313 |
| 266O-LS-3374791_0000030.pdf | Warrant Returns |
| 266O-LS-3374791_0000030_Import.zip | Warrant_Returns_Peterson.zip |
| 266O-LS-3374791_0000031.pdf | Affidavits For Warrants |
| 266O-LS-3374791_0000031_Import.zip | Affadavits.zip |
| 266O-LS-3374791_0000032.pdf | Video Log |
| 266O-LS-3374791-GJ_0000004_Import.zip (a zip file with 18 files) | Verizon account documents |

Please note that the Facebook search warrant and premises search warrant documents remain under seal, but consistent with the Court's June 28, 2021 Minute Order, may be provided in discovery.

4

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that the defendant disclose prior statements of any witnesses defendant intends to call to testify at any hearing or trial. See Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant with materials relating to government witnesses.

I will forward additional discovery as it becomes available. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client. If you have any questions, please feel free to contact me.

    Sincerely,

    */s/ Alison B. Prout*
    Alison B. Prout
    Assistant United States Attorney

cc: Douglas Barker, Federal Defenders Office