

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

_____

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 10, 2021

VIA EMAIL AND USAFX

Laura Wyrosdick
Federal Defender Program
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202
Laura_Wyrosdick@fd.org

   Re: *United States v. Kurt Peterson.*
     Case No. 21-cr-427

Dear Ms. Wyrosdick:

  Today I have made available to you additional preliminary discovery via the USAfx portal in a folder named "U.S. v. Kurt Peterson, 21-cr-427."  Within that folder is a subfolder named "2021-08-10 Production" that contains the following materials:

- A file folder named "Sensitive" that includes 9 files, all of which are designated "Sensitive" under the Protective Order entered on August 10, 2021 (Doc. 15):

| File Name | Description | Protective Order Designation |
|---|---|---|
| 266O-LS-3374791_0000004_1A0004296_0000001_Redacted.pdf | Tip Review | SENSITIVE |
| 266O-LS-3374791_0000010.pdf | Tip Review | SENSITIVE |
| 266O-LS-3374791_0000010_1A0000001_0000001_Redacted.pdf | Tip Review | SENSITIVE |
| 266O-LS-3374791_0000017_Import_Redacted.pdf | Kurt_Peterson_Face_Search | SENSITIVE |
| 266O-LS-3374791_0000017_1A0000005_0000001_Redacted.pdf | Kurt_Peterson_Name_Search | SENSITIVE |

| | | |
|---|---|---|
| 266O-LS-3374791_0000018_1A0000006_0000001_Redacted.pdf | Peterson Ops Plan | SENSITIVE |
| 266O-LS-3374791_0000028_Import.pdf | Tip Review | SENSITIVE |
| 266O-LS-3374791_0000028_1A0000002_0000001.png | BOLO_313 Additional_Information | SENSITIVE |
| 266O-LS-3374791_0000028_1A0000002_0000002.pdf | BOLO_313 | SENSITIVE |

- A file folder named "Highly Sensitive" that includes 8 files, all of which are designated "Highly Sensitive" under the Protective Order entered on August 10, 2021 (Doc. 15):

| File Name | Description | Protective Order Designation |
|---|---|---|
| 0264 USCH 02 Upper House Door Interior - 2021-01-06_19h36min17s.mp4 | CCTV from U.S. Capitol | HIGHLY SENSITIVE |
| 0264 USCH 02 Upper House Door Interior-2021-01-06_14h55min07s.mp4 | | HIGHLY SENSITIVE |
| 0264 USCH 02 Upper House Door Interior-2021-01-06_14h55min40s.asf | | HIGHLY SENSITIVE |
| 0267 USCH 02 Upper House Door Interior-2021-01-06_14h55min07s.mp4 | | HIGHLY SENSITIVE |
| 0266 USCG 00 East Front House Door - 2021-01-06_19h37min40s.mp4 | | HIGHLY SENSITIVE |
| 266O-LS-3374791_0000015_Import,pdf | Damage Cost Estimate | HIGHLY SENSITIVE |
| 266O-LS-3374791_0000016_1A0000004_0000001_PHYSICAL,pdf | Cover Page | HIGHLY SENSITIVE |
| 266O-LS-3374791_0000032_Import,pdf | Video Index | HIGHLY SENSITIVE |

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that the defendant disclose prior statements of any witnesses defendant intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant with materials relating to government witnesses.

I will forward additional discovery as it becomes available. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client. If you have any questions, please feel free to contact me.

Sincerely,

*/s/ Alison B. Prout*
Alison B. Prout
Assistant United States Attorney

cc: Douglas Barker, Federal Defenders Office