**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**FOR THE DISTRICT OF COLUMBIA**

**(Filed Electronically)**

**CRIMINAL ACTION NO. 1:21-CR-427 (CJN)**
**UNITED STATES OF AMERICA,**                                       **PLAINTIFF,**

**vs.**

**KURT PETERSON,**                                      **DEFENDANT.**

**<u>DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS</u>**
**<u>CONFERENCE</u>**

*TO THE HONORABLE CARL J. NICHOLS*:

Defendant, Kurt Peterson, files this unopposed motion to continue the status conference in this case which is scheduled on September 8, 2021 at 10:00 A.M., and shows the following in support of this request:

1). Mr. Peterson is charged with crimes associated with entry to the Capitol on or about January 6, 2021.

2). Mr. Peterson is in compliance with the conditions of his pretrial release.

3). A status conference is scheduled for September 8, 2021 at 10:00 A.M.

4). The prosecution continues to provide discovery and the defense has meetings set with Mr. Peterson to review the continuing discovery submissions.

5). The parties believe the requested continuance will allow for further production and

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

review of discovery which might facilitate resolution of this case without a trial. The parties further believe exclusion of this time would be appropriate under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) as the exclusion would serve the ends of justice and outweigh the interest of the public and of Mr. Peterson in a Speedy Trial.

6). Mr. Peterson requests this Honorable Court to continue the status conference currently set for September 8, 2021.

Respectfully submitted,

/s Laura R. Wyrosdick
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to Ms. Prout, Assistant United States Attorney.

## CERTIFICATE OF CONFERENCE

The AUSA is unopposed to this motion.

/s Laura R. Wyrosdick

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2