## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-cr-427 (CJN)** |
| **v.** : | |
| : | |
| **KURT PETERSON,** : | |
| : | |
| **Defendant.** : | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The parties file this joint motion to continue the status conference in this case, which is currently set for February 2, 2022 at 3:00 p.m. approximately 60 days. In support of this motion, the parties state as follows:

1. Discovery in this case is voluminous, and the Government continues to make additional discovery productions available to the defense.

2. The parties believe the requested continuance will allow for further production and review of discovery and negotiations between the parties, which may facilitate resolution of this case prior to trial.

3. The parties agree that time may properly be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7), as the exclusion would serve the ends of justice and outweigh the interest of the public and of the defendant in a speedy trial.

For the foregoing reasons, the parties respectfully request that the Court continue the status conference currently set for February 2, 2022 for approximately 60 days.

| Counsel for Defendant: | Counsel for the United States: |
|---|---|
| */s/ Laura Wyrosdick* | */s/ Alison B. Prout* |
| Laura Wyrosdick | Alison B. Prout |
| Assistant Federal Defender | Assistant United States Attorney |
| 200 Theatre Building | 75 Ted Turner Drive, SW |
| 629 Fourth Avenue | Atlanta, Georgia 30303 |
| Louisville, Kentucky 40202 | (404) 581-6000 |
| (502) 584-0525 | alison.prout@usdoj.gov |
| laura_wyrosdick@fd.org | |