UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
**(Filed Electronically)**

**CRIMINAL ACTION No. 1:21CR-427-CJN**
**UNITED STATES OF AMERICA,**                                    **PLAINTIFF,**

**vs.**

**KURT PETERSON,**                                                        **DEFENDANT.**

**NOTICE OF SUBSTITUTION OF COUNSEL**

Comes the Office of the Federal Defender, assigned counsel herein, and gives notice to the Court that Assistant Federal Defender Aaron M. Dyke has been substituted as counsel of record for defendant in the above-styled action.

Assistant Federal Defender Laura R. Wyrosdick should be removed from PACER as counsel of record, and the Clerk is hereby requested to terminate any further electronic notices to said attorney regarding this action.

                                               /s/ Aaron M. Dyke
                                               Assistant Federal Defender
                                               629 Fourth Street
                                               Suite 200
                                               Louisville, Kentucky 40202
                                               (502) 584-0525

                                               Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

## CERTIFICATE

  I hereby certify that on February 8, 2022, the foregoing notice was sent by electronic transmission through the Court's ECF system to the United States.  I also certify that on February 8, 2022, a copy of this motion was served on the defendant by mailing same to Mr. Peterson.

                     s/ Aaron M. Dyke

OFFICE OF THE
FEDERAL DEFENDER
200 THEATRE BUILDING
629 FOURTH AVENUE
LOUISVILLE, KY 40202

TEL (502) 584-0525
FAX (502) 584-2808