**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-cr-427 (CJN)** |
| **v.** : | |
| : | |
| **KURT PETERSON** : | |
| : | |
| **Defendant.** : | |

### JOINT MOTION TO CONTINUE AUGUST 5, 2022 STATUS HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this joint motion to continue the status conference in the above-captioned matter. The Government and the Defendant agree that there is good cause to extend the status conference presently scheduled for August 5, 2022, at 4 PM before the Honorable Carl J. Nichols, United States District Court Judge. Respectfully, the parties request that the status conference be rescheduled to August 26, 2022 at 2:00 PM. Defendant agrees with this request and believes that the continuance is necessary for the reasons stated herein.

In the time since the June 8, 2022 status conference, the parties have made significant progress in connection with plea discussions, but additional time is needed to attend to the details of the contemplated plea agreement. The parties have reviewed their calendars and conferred with the Court and respectfully propose that the August 5 status conference be reset to August 26. The parties also request that the status conference be conducted remotely by video because the Defendant resides in Kentucky.

The parties agree that the "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial,"

18 U.S.C. § 3161(h)(7)(A), and the parties request an order to that end. The parties agree that pursuant to 18 U.S.C. § 3161, the time from August 5, 2022, to the date set by this Court, shall be excluded in computing the date for speedy trial in this case.

By the filing of this motion, the Government represents that counsel for Defendant agree with this motion.

Respectfully submitted this 3rd day of August, 2022.

                                  MATTHEW M. GRAVES
                                  UNITED STATES ATTORNEY

By:    /s/ *Jason M. Crawford*
           Jason M. Crawford
           Trial Attorney
           U.S. Department of Justice
           Detailed to the D.C. U.S. Attorney's Office
           DC Bar No. 1015493
           (202) 598-1099
           Jason.M.Crawford@usdoj.gov