UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 21-cr-427 (CJN) |
| v. | : | |
| | : | |
| **KURT PETERSON** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION TO SCHEDULE CHANGE OF PLEA HEARING
AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this joint motion to schedule a change of plea hearing in the above-captioned matter.  The Government and the Defendant have reached an agreement on the terms of a plea and anticipate executing the necessary documentation within the coming week.  There is presently a status conference scheduled for August 26, 2022, at 2 PM before the Honorable Carl J. Nichols, United States District Court Judge.  Respectfully, the parties propose that the August 26 status conference be cancelled and that the Court exclude time under the Speedy Trial Act from August 26 to the date set by this Court for the change of plea hearing.

    The parties respectfully propose that the change of plea hearing be scheduled for September.  The parties have reviewed their calendars and are available September 21-September 23.  The parties also request that the change of plea be conducted remotely by video because the Defendant resides in Kentucky.  The parties request that pursuant to 18 U.S.C. § 3161, the time from August 26, 2022, to the date set by this Court for the next hearing, shall be excluded in computing the date for speedy trial in this case.

    By the filing of this motion, the Government represents that counsel for Defendant

agrees with this motion.

    Respectfully submitted this 23rd day of August, 2022.

                                        MATTHEW M. GRAVES
                                        UNITED STATES ATTORNEY

                          By:    /s/ *Jason M. Crawford*
                                        Jason M. Crawford
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Detailed to the D.C. U.S. Attorney's Office
                                        DC Bar No. 1015493
                                        (202) 598-1099
                                        Jason.M.Crawford@usdoj.gov