# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No: 1:21-cr-427 (CJN) |
| v. | : | |
| | : | |
| **KURT PETERSON,** | : | 18 U.S.C. § 1752(a)(4) & (b)(1)(A) (Engaging in |
| | : | Physical Violence in a Restricted Building or Grounds |
| Defendant. | : | with a Deadly or Dangerous Weapon) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, **Kurt Peterson** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a pointed wooden stick.

**(Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,** in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(l)(A)).

Respectfully submitted,

MATTHEW M. GRAVES
Acting United States Attorney
D.C. Bar No. 481052

By: */s/ Jason M. Crawford*
Jason M. Crawford
Trial Attorney