UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:21-cr-00427 (CJN) |
| | : | |
| v. | : | |
| | : | January 3, 2023 |
| KURT PETERSON | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Katherine E. Boyles is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Katherine E. Boyles*
KATHERINE E. BOYLES
ASSISTANT U.S. ATTORNEY
CT Fed. Bar No. PHV20325
157 Church Street, 25th Floor
New Haven, Connecticut 06510
Ph. 203-931-5088
Email: Katherine.boyles@usdoj.gov