UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
**(Filed Electronically)**

**CRIMINAL ACTION NO. 1:21-CR-427 (CJN)**
**UNITED STATES OF AMERICA,**                                                   **PLAINTIFF,**

**vs.**

**KURT PETERSON,**                                                                 **DEFENDANT.**

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

*TO THE HONORABLE CARL J. NICHOLS*:

      Defendant, Kurt Peterson, files this unopposed motion to continue the status conference in this case which is scheduled on March 30, 2023 at 3:00 P.M., and shows the following in support of this request:

1). Mr. Peterson is charged with crimes associated with entry to the Capitol on or about January 6, 2021.

2). Mr. Peterson is in compliance with the conditions of his pretrial release.

3). A status conference is scheduled for March 30, 2023 at 3:00 P.M.

4). Mr. Peterson has previously pleaded guilty and is awaiting sentencing.

5). The parties believe the requested continuance will allow for further cooperation by Mr. Peterson.

6). Mr. Peterson requests this Honorable Court to continue the status conference currently

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

set for March 30, 2023.  The parties seek a status hearing date in approximately 60 days.  On that date, the parties believe they will be in a position to select a sentencing hearing date for Mr. Peterson.

Respectfully submitted,

/s/ Aaron M. Dyke
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to Ms. Boyles, Assistant United States Attorney.

## CERTIFICATE OF CONFERENCE

The AUSA is unopposed to this motion.

/s/ Aaron M. Dyke

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2