## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-427 (CJN) |
| v. | : | |
| | : | |
| KURT PETERSON, | : | |
| | : | |
| **Defendant.** | : | |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE

The parties file this joint motion to continue the status conference in this case, which is currently set for May 30, 2023, for approximately 60 days. By way of background, Mr. Peterson is charged with crimes associated with entry to the Capitol on January 6, 2021. Mr. Peterson waived indictment and pled guilty to a one-count Information on September 21, 2022. *See* Docs. 44, 46, 49, 50. He is now awaiting sentencing. The parties believe that the requested continuance will allow for further cooperation by Mr. Peterson with the government's investigation.

Accordingly, the parties respectfully request that the Court continue the status conference currently set for May 30, 2023, for approximately 60 days. The undersigned Assistant U.S. Attorney has consulted with Assistant Federal Defender Aaron Dyke, who gave permission to file this motion as a joint motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ Katherine E. Boyles
Katherine Boyles
Assistant United States Attorney
D. Conn. Fed. Bar No. PHV20325
Katherine.Boyles@usdoj.gov
Phone: 203-931-5088
United States Attorney's Office
601 D Street NW
Washington, D.C. 20001