August 26, 2023

To whom it may concern,

My name is Brian Capogna and I live in Elizabethtown, KY. Kurt Peterson asked if I would write a letter of recommendation for him. I replied that I would be happy to provide one.

I am a trained medical doctor and as such have taken classes instructing me in ascertaining the character of people.

Kurt and I met over 6 years ago at a weekly men's prayer breakfast meeting. Since that time, we also have attended a weekly small group Bible study meeting together as well as some monthly, church sponsored, men's breakfast meetings.

I am aware that Kurt sometimes assists widows and the elderly, mostly associated with church.

He and I also recently spent a few days with some of our small group members as well as others from church volunteering at the Galilean Home Ministries in Liberty, Kentucky. This is an amazing ministry, providing a home and taking care of special needs children of all ages.

I know that Kurt loves our country, people in general, and I am happy that we are friends.

Respectfully submitted,

*Brian Capogna, M.D.*

Brian Capogna, MD

███████ French St.

Elizabethtown, KY 42701

To Whom It May Concern,                          August 16th, 2024

My name is David Feliciano and I was asked by Kurt Peterson to write a letter of reference.

I have known Kurt since 2018; he was referred to me from an elderly friend at church when I needed advice for some DIY projects. Since my arrival, Kurt looked over my shoulder and guided me on numerous major and minor repairs and improvements that made our home a comfortable place to retire.

Kurt is the only person that has access to my home to include the garage codes and alarm code. That is due to the unlimited trust I have in him to roam through my home any time he needs access. Kurt is a master at his craft and takes great pride in everything he does. He even stayed at my home to take care of my pets and housesit while my family and I were on vacation.

Kurt and I developed a great friendship in a relatively short amount of time. He sat at our dining room table with family on very special occasions such as Thanksgiving and Christmas. He recently came to the baby shower of my great grandson. He and I attend the same church (Grace Heartland Church) and we attend the weekly men's prayer breakfast. We shared personal testimony on intimate and discerning times of our lives and we have prayed for one another in person and over the phone.

Through these experiences and relationship, I feel confident to testify to his character. He is an honest and hard-working man. He is kind and generous beyond reproach. He is a trustworthy man and above all else, he is a great friend whose sincerity, humility, and altruism is simply unmatched.

In short, I spent 24 years in the United States Army and deployed to two combat zones. If I had to do it again, I would take 10 Kurts in lieu of 100 soldiers.

Very respectfully,

David Feliciano
409 ███ 6555

To Whom It May Concern,

We are Larry and Bonnie Russell, retired pharmacists from Kentucky, who have owned a pharmacy for 28 years. We continued in pharmacy for another 10 years after selling our business and have lived in Elizabethtown, KY since 1973. We have known Kurt Peterson for the last 8 years thru Grace Heartland Church.

Mr. Peterson is a tireless worker in our church, using his skills at home repair to help out with those less fortunate that our church family finds in need. Mr. Peterson can often be found doing repairs at the house of our church widows or giving direction or helping those especially husbands in our Sunday School class with direction and tools as they attempt their "honey do" tasks. He is a tireless worker and is often known to chip in on any project with money, tools and/or materials when he is able.

Mr. Peterson is a dear friend and prayer partner in our lives. Larry looks forward to meeting on Wednesday mornings with Kurt and other men who take seriously their commitment to lift each other and their situations in prayer as needed. From this group comes the many volunteer projects in which Mr. Peterson is involved including helping us replace a chimney cap after a wind storm and patching dry wall after an overzealous plumber tried to repair a water line.

Mr. Peterson is just a kind, caring gentleman. He is giving of both money and time. He is not violent nor does he act belligerently towards anyone. Mr. Peterson believes in sharing the gospel, praying for others and doing those things God lays on his heart. Mr. Peterson is a believer in the Constitution of the United States, in the Holy Word of God and in personal freedom. Bottom line he would not hurt anyone but would offer to help in anyway he could.

To show Mr. Peterson's character maybe you should know a story about him. Mr. Peterson and I were on the golf course when an alert went off on his phone. He stopped in the middle of play and informed me that this alert was from Clarity, our local pregnancy center, about needing prayer for a young lady at the center. We stopped there on the course and prayed for the young lady. Only a man of great character would stop to pray in the middle of a fun time for someone they don't know and would never meet. Mr. Peterson is a man of good character.

Please know we believe that Kurt could not nor would never hurt the capital police, destroy public property on purpose, or even enter the building if he felt he wasn't supposed to be there.

Sincerely,

Larry Russell and Bonnie Russell.   October 3,2023

August 25, 2023

To whom it may concern,

My name is Richard Parrish and I live at ███ Stonebriar Drive in Elizabethtown, KY 42701. I am a 4 year resident of Elizabethtown, Ky having moved here from Southern Illinois. I was in the US Army nearly 10 years. Starting as a private of Infantry, getting commissioned an officer and a combat helicopter pilot in Vietnam, and staff officer and company commander in Korea and USA. After my service I returned home to graduate school and retired from Southern Illinois University as Senior Purchasing Officer.

Upon moving to Elizabethtown, I was invited to join a men's church group by our home inspector. In this group I met Kurt Peterson. He has become a good friend. My experience with him involved many church activities, including his heavy involvement in assisting widows, elderly, and disabled both in our church and the community. He and I both traveled to Western Kentucky to assist in recovery efforts after the tornado there.

As a devout Christian, I see him participating in Bible study groups, and mission trips for the church. I have known him to be selfless, honest, humble, respectful, and caring for all who he can benefit.

I can therefore personally attest to his high character and moral values.

Sincerely,

*Richard Parrish*

Richard Parrish

TO WHOM IT MAY CONCERN:

Subject: Reference Letter

My name is Carl Lay, ███ Dogwood Drive Elizabethtown, KY 42701, 270-███-3656, ███████.com.

I am honored to offer my reference of Kurt Petterson, who I have known for 7 years, as a fellow member of the same church, as his sunday school teacher, and as a friend.

I am a retired exectutive who spent 40 years in the field of Human Resource management, most recently as Vice President of Corporate Relations of Ambrake Corporation.

I was involved in the evaluation of people as to their worthiness for employment and continued employment based on their performance and behavior. In that role I developed a skill in determining a person's character based on their interaction with others, their work ethic, and their behavior.

In my many years of interaction with Kurt Peterson, I have exprienced an individual who is industrtrious, hard working, and carries themselves in a polite, respectable

manner.

As a long term, member of my sunday school class, Kurt has displayed helpful leadership in guiding discussions and has on many occasions assisted my teaching through comments and guidence to our class.

Additionally, Kurt has regularly displayed kindness and grace in reaching out to others in less fortunate circumstances, to help them improve themselves and their situation.

In summary, I want you to know that in my opinion as a trained professional in Human Behavior and as a friend, I find Kurt Petterson to be a good citizen who displays high moral character and is a vauable asset to our church, our community and our country.

Please do not hesitate to contact me if you should need any further information.

Best Personal Regards,

*Carl Lay*
Carl Lay

21 JULY 2021

To Whom It May Concern:

I have had the pleasure of knowing Kurt Peterson for about three years now. We met at a church function in October 2018. We presently attend church and small group together. He has also completed several home improvement projects for me with honesty, integrity, and professionalism.

Kurt is a man of his word, a true people pleaser and public servant. He will help anyone in need. He is faithful and loyal. He is true to his word, kind, and a trusted friend.

Kurt has no intention of hurting or offending anyone. He has always upheld the law. Never, have I known him to challenge the system. He is firm in his beliefs, and is a solid, authentic American. He is a loyal patriot and proud American statesman.

Respectfully,

*Christopher M. Leccese*

Christopher M. Leccese

MPAS-EM./.PA-C

MAJ, US Army (Ret.)

July 20, 2021

To Whom It May Concern:

It is an honor and a privilege to write a character reference for Kurt Peterson. I met Kurt in the Fall of 2018 at a fellow church member's house where we meet for bible study. Since that time, Kurt has become a trusted friend. He is a one of a kind true blue American who is willing to help anyone in any way that he is able. Kurt owns his own business and has completed, with excellence and timeliness, several maintenance and repair jobs for me. He is extremely knowledgeable, dependable, and competent in his work. Additionally, he is professional, honest, kind, and trustworthy. Kurt's character is unquestionably authentic and upright.

Sincerely,

Melissa Leccese
US ARMY, LTC (retired)