UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
**(Filed Electronically)**

**CRIMINAL ACTION NO. 1:21-CR-427-CJN**
**UNITED STATES OF AMERICA,**                                                 **PLAINTIFF,**

**vs.**

**KURT PETERSON,**                                                                         **DEFENDANT.**

**MOTION TO DELAY REPORT DATE TO BEGIN**
**SERVICE OF SENTENCE (UNOPPOSED)**

Comes the defendant, Kurt Peterson., by counsel, and moves this Court to delay the date by which Mr. Peterson must report to begin the service of his sentence. In support thereof, the defendant, by counsel, states as follows:

On November 2, 2023, Mr. Peterson was sentenced to 45 days imprisonment as a result of his guilty plea to the single count of the above-styled information. (DN 65). At the time of sentencing, Mr. Peterson's health was discussed, including the fact that he was in the process of scheduling a total hip replacement. Mr. Peterson has since scheduled this procedure, which is set to take place on January 15, 2024 (see attached letter). Mr. Peterson's surgeon has indicated that he will need 3-4 months of postoperative recovery time for follow-up visits and therapy.

On November 27, 2023, Mr. Peterson received a communication from the United States District Court Probation Office that he had received his Bureau of Prison (BOP) assignment, and is to report to his assigned institution on December 19, 2023 to start the

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

service of his 45 day sentence. If Mr. Peterson were to begin his sentence on December 19, 2023, he would be in custody on the date that his hip replacement surgery is currently scheduled. Mr. Peterson is currently using a walking cane to assist him, and is in a great deal of pain - he would like to receive his hip replacement, and complete the postoperative follow-up appointments and therapy, prior to starting his term of imprisonment.

To defense counsel's knowledge, Mr. Peterson has not violated the conditions of his release since the date of his sentencing. Defense counsel has been in contact with the prosecutor, Hon. Katherine Boyles, who has authorized the undersigned to indicate that she has no objection to this motion.

Wherefore, the defendant, by counsel, respectfully requests the Court extend his report date until at least May 15, 2024.

/s/ Aaron M. Dyke
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## CERTIFICATE

I hereby certify that on December 4, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the parties of record.

/s/ Aaron M. Dyke

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2