Copy
Federal Defender's Office



# BAPTIST HEALTH®

## MEDICAL GROUP

Baptist Health Medical Group Orthopedics
1111 Ring Road Elizabethtown, KY 42701
O: (270)737-4343 F: (270)769-1072

11/30/23

RE:  Kurt Peterson

DOB:

MRN

To Whom It May Concern:

Kurt Peterson is having a left total hip replacement on 1/15/2024. He will need 3-4 months postoperative time for follow up appointments and therapy.

If you have any questions or concerns, please contact our office.

Sincerely,

Marcis Craig, MD