UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
**(Filed Electronically)**

**CRIMINAL ACTION NO. 1:21-CR-427 (CJN)**
**UNITED STATES OF AMERICA,                                                              PLAINTIFF,**

**vs.**

**KURT PETERSON,                                                                                  DEFENDANT.**

## MOTION TO DELAY REPORT DATE TO
## BEGIN SERVICE OF SENTENCE (UNOPPOSED)

Comes the defendant, Kurt Peterson, by counsel, and moves this Court to delay the date by which Mr. Peterson must report to begin the service of his sentence. In support thereof, the defendant, by counsel, states as follows:

On November 2, 2023, Mr. Peterson was sentenced to 45 days imprisonment as a result of his guilty plea to the single count of the above-styled information. (DN 65). Mr. Peterson later petitioned this Court to allow him to report to BOP custody after he received and recovered from a medical procedure, which this Court allowed. DN 67 (followed by minute order granting the unopposed motion).

Mr. Peterson is currently scheduled to report to BOP custody on May 15, 2024. Unfortunately, on Saturday May 4, 2024, Mr. Peterson, along with his fiancé, visited her brother's home, where the two of them discovered her brother's deceased body. Visitation services have been scheduled for May 15, 2024 and a funeral service has been scheduled

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

for May 16, 2024.  (see attached documents).

     Mr. Peterson would like to attend both the visitation and funeral services. Obviously, this is a difficult time or both he and his fiancé and he would like to provide emotional support to her during her time of grief. Mr. Peterson was also a close friend of the deceased. Mr. Peterson recognizes that this Court has previously granted him one extension, and therefore understands the Court may be hesitant to grant an additional extension of time to report.  Fort this reason, Mr. Peterson is asking the Court for a very brief extension of one week.

     To defense counsel's knowledge, Mr. Peterson has not violated the conditions of his release since the date of his sentencing.  Defense counsel has been in contact with the prosecutor, Hon. Katherine Boyles, who has authorized the undersigned to indicate that she has no objection to this motion.

     Wherefore, the defendant, by counsel, respectfully requests the Court extend his report date until at least May 22, 2024.

Respectfully submitted,

/s/ Aaron M. Dyke
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2

## CERTIFICATE OF SERVICE

    I hereby certify that on May 8, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to Ms. Boyles, Assistant United States Attorney.

## CERTIFICATE OF CONFERENCE

    The AUSA is unopposed to this motion.

/s/ Aaron M. Dyke

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808